v.

**The STATE of Texas, Appellee.**

No. 28402.

Court of Criminal Appeals of Texas.

June 13, 1956.

**Henry Rex PLEMONS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28272.

Court of Criminal Appeals of Texas.

April 18, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The conviction is for the offense of driving while intoxicated; the punishment, 3 days in jail and a fine of $100.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal.

The appeal is dismissed.